IN the MATTER OF the PETITION OF Russell M. GRIMES for a Writ of Certiorari

No. 630, 2015

Supreme Court of Delaware.

Submitted: November 25, 2015

Decided: January 15, 2016

DISMISSED.

■

Steven D. MILLER, Sr., Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 608, 2015

Supreme Court of Delaware.

Submitted: December 17, 2015

Decided: January 19, 2016

AFFIRMED.

■

Lamott STEVENSON, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 306, 2015

Supreme Court of Delaware.

Submitted: January 13, 2016

Decided: January 19, 2016

AFFIRMED.

■

SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, Plaintiff Below–Appellant,

v.

ABBVIE, INC., Defendant Below–Appellee.

No. 239, 2015

Supreme Court of Delaware.

Submitted: January 13, 2016

Decided: January 20, 2016

AFFIRMED.